UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRIDGETTE EUBANKS, *et al.*, | Case No. 19-13582 |
| Plaintiffs, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*, | |
| Defendants. | |

**ORDER ACCEPTING AND ADOPTING
IN PART REPORT AND RECOMMENDATION
[ECF No. 48] GRANTING DEFENDANTS' MOTIONS
FOR ORDERS TO SHOW CAUSE AGAINST
NON-PARTIES FADHIL AND ROMAN [ECF Nos. 33, 34],
AND DENYING MOTION FOR ORDER TO SHOW
<u>CAUSE AGAINST MONSURU BELLO [ECF No. 36] AS MOOT</u>**

Before the court are Motions for Orders to Show Cause filed by Defendants. (ECF No. 33, 34, 36). Defendants filed the Motions requesting that this court issue show cause orders to non-parties Bushra Fadhil, Angela Roman and Romancare Healthcare Services, and Monsuru Bello for failure to comply with subpoenas that Defendants issued to them. The Motions also requested that this court award Defendants fees and attorney costs for bringing the Motions, to the sum of $1,000 for each Motion. (ECF No. 33, PageID.682; ECF No. 34, PageID.724; ECF No. 36, PageID.980). This court referred these Motions to Magistrate Judge Stafford.

1

(ECF No. 37).  On June 9, 2021, Magistrate Judge Stafford issued a Report and Recommendation ("R&R") recommending that this court grant the Motions and that the parties be ordered to appear before Judge Davis to show cause why they should not be held in contempt for failure to comply with the subpoenas.  (ECF No. 48, PageID.1274).  After Magistrate Judge Stafford issued her R&R, Defendants stipulated with the attorney for non-party Monsuru Bello to hold his deposition.  (ECF No.62).  Accordingly, Defendants' Motion for Order to Show Cause Bello, (ECF No 36), is now moot.

None of the remaining parties have filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired.  *See* Fed. R. Civ. P. 72(b)(2); L.R. 72.1(d).  "[T]he failure to object to the magistrate judge's report[] releases the court from its duty to independently review the matter."  *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court therefore finds that the parties have waived further review of the Magistrate Judge's Report.  Nevertheless, upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the court agrees with the Magistrate Judge's recommended disposition.  The court **GRANTS** Defendants' Motions for Orders to Show Cause as to non-parties Fadhil and Roman.  The court also **AWARDS** Defendants $1,000 against Fadhil and $1,000 against Roman and

2

Romancare for the attorney fees and costs of bringing each motion against them. Bushra Fadhil and Angela Roman are **ORDERED** to appear before the court on **September 22, 2021 at 2:00 p.m.** to show cause why they should not be held in contempt for failing to comply with Defendants' subpoenas.  **If the parties fail to satisfactorily show cause as to why they have not complied with Defendants' subpoenas, this court may hold them in contempt of court**.

      **SO ORDERED**.

Dated:    August 17, 2021

                                      s/Stephanie Dawkins Davis
                                      HON. STEPHANIE DAWKINS DAVIS
                                      United States District Court Judge